UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AMS Group,

        Plaintiff,

-v-                                    No. 07 Civ. 6988 (LTS)(HBP)

JP MORGAN CHASE,

        Defendant.

-------------------------------------------------------x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: NOV 27 2007]

## ORDER[1]

An Initial Pre-Trial Conference is scheduled in the above-referenced matter for Friday, November 30, 2007, at 11:30 a.m. The conference is hereby ADJOURNED to December 21, 2007, at 11:00 a.m. Prior to the adjourned conference date, Plaintiff shall ensure that a certificate of service attesting to the service of the summons and complaint, Initial Conference Order, and this Order is filed promptly with the Court. Plaintiff shall also ensure that a Joint Preliminary Pre-Trial Statement is filed, with a courtesy copy to Chambers, (7) days prior to the December 21, 2007, conference.

SO ORDERED.

Dated: New York, New York
November 27, 2007

                                                                     LAURA TAYLOR SWAIN
                                                                     United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*