# CULLEN and DYKMAN LLP

**CYNTHIA BOYER OKRENT**
PARTNER
DIRECT LINE: 212-510-2253
DIRECT FAX: 212-742-8260
E-MAIL: COKRENT@CULLENANDDYKMAN.COM

44 Wall Street
New York, New York 10005-2407
Telephone (212) 732-2000 · Facsimile (212) 571-2838

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: DEC 17 2007]

December 14, 2007

**SENT BY FACSIMILE**

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax] such certification to Chambers.

Re:  **AMS Group LLC v. JPMorgan Chase**
     **S.D.N.Y., Index No. 07 CIV 6988 (LTS)**
     **Our File No. 88-2036**

Dear Judge Swain:

We represent defendant JPMorgan Chase Bank, N.A. ("Chase") with respect to the above-referenced matter and write to request an extension of Chase's time, which currently expires on December 24, 2007, to answer, respond or otherwise move with respect to the Amended Complaint, to January 24, 2008. This request is made because I am presently engaged in another matter pending in Supreme Court, Kings County, until at least the end of next week and probably longer. We intend to seek leave from the Court to file a motion to dismiss in this case and, therefore, request time to apply for such leave and to prepare and file the motion papers. This is Chase's first request for an extension of time. We have attempted to contact plaintiff's counsel to obtain their consent. However, to date, plaintiff's counsel has not returned our call.

Thank you for your time and attention to this matter.

Sincerely,

Cynthia Boyer Okrent (CO-9233)

*[Handwritten endorsement: The request is granted. Counsel's attention is directed to the Individual Practices Rules of the undersigned, particularly Rule 2B thereof. SO ORDERED. 12/17/2007]*

cc:  Piedra Legal Services *(by facsimile and regular mail)*
     810 Ritter Place, Apt. 5C
     Bronx, New York 10459

*Founded 1850*

BROOKLYN          LONG ISLAND          MANHATTAN          WASHINGTON, D.C.          NEW JERSEY