UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

AMS GROUP LLC,

        Plaintiff,

- against -

JP MORGAN CHASE,

        Defendant.
-------------------------------------------------------------------x

Index No: 07 CIV 6988

**CERTIFICATE OF SERVICE**

State of New York    )
                              ) ss.:
County of New York  )

    JACQUELINE SALESMAN, being duly sworn, deposes and says that I am over the age of 18 years and reside in the Fairfield County, City of Bridgeport and State of Connecticut and I am not a party to this action.

    That on the 18th day of December, 2007, I served the attached:

**MEMO ENDORSEMENT AND ORDER**

upon Piedra Legal Services, attorneys for plaintiff, by facsimile and by First Class Mail by depositing a true copy(s) thereof in a properly sealed postpaid addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed as follows:

    Piedra Legal Services
    810 Ritter Place, Apt. 5C
    Bronx, New York 10459
    Fax: 585-544-5072

that being the address(es) designated on the latest papers served in this action.

                                                           Jacqueline Salesman

Sworn to before me this
18th day of December, 2007

_____
Notary Public

WILLIAM G. KREJSI
Notary Public, State of New York
No. 02KR4968873
Qualified in Queens County
Commission Expires July 02, ~~2008~~ 2010