UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AMS GROUP,

        Plaintiff(s),

-v-                                      No. 07 Civ. 6988 (LTS)(HBP)

JP MORGAN CHASE,

        Defendant(s).

-----------------------------------------------------------x

                                                ORDER[1]

        A pre-trial conference was held before the undersigned on this date. Messrs. Donald C. Greaves and St. Clair Jackson of AMS Group attended and explained the status of their efforts to retain new counsel to pursue the litigation, and the Court granted their request for additional time to pursue those efforts. It is hereby

        ORDERED, that plaintiff shall cause new counsel to file a notice of appearance on its behalf and register for the CM/ECF system by **January 25, 2008.** It is further

        ORDERED, that plaintiff shall effect service of the summons and complaint on JP Morgan Chase by **February 15, 2008.** It is further

        ORDERED, that the adjourned initial pre-trial conference in this action will be held on **March 14, 2008 at 10:00 a.m.** in Courtroom 17C, 500 Pearl Street, and that defendant shall prepare for and appear at such conference in accordance with the requirements of the August 31, 2007, Initial Conference Order if it has been served timely with the summons and complaint as required by this Order.

Dated: New York, New York
       December 21, 2007

                                                       LAURA TAYLOR SWAIN
                                                     United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*