UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AMS GROUP LLC,

                                    Plaintiff,

                                                            Civil Action No.:
                                                            07 CIV 6988 (LTS)

                      - against -

                                                            **NOTICE OF MOTION**

JP MORGAN CHASE,                                            (Electronically Filed)

                                    Defendant.
------------------------------------------------------------------x

S I R S :

        PLEASE TAKE NOTICE that upon the annexed affidavit of Cynthia Boyer Okrent, sworn to

the 18th day of January, 2008, the exhibits annexed thereto, and the accompanying Memorandum of

Law in support of this motion, and the pleadings herein, defendant, by its attorneys Cullen and

Dykman LLP, will move this Court before the Honorable Laura T. Swain, United States District

Judge, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the

action because the complaint fails to state a claim against defendant upon which relief can be

granted, and for such other and further relief as may be just and proper, plus the costs of this motion;

        PLEASE TAKE FURTHER NOTICE that defendant hereby requests oral argument; and

        PLEASE TAKE FURTHER NOTICE that the undersigned hereby certifies that the following

efforts have been made to informally resolve the matters raised in this submission:

        (a)    By letter dated October 2, 2007 to plaintiff's counsel, the undersigned

               requested that plaintiff consider discontinuing the action on the same grounds

               raised in defendant's submission; and

        (b)    When no response was received, the undersigned called plaintiff's counsel on

1

October 19, 2007 and was informed by Ms. Piedra, a paralegal, that Marisol

De La Mata, plaintiff's attorney, was too busy to speak to the undersigned

about the legal and factual issues raised in the October 2, 2007 letter.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: January 18, 2008
　　　New York, New York

> Cullen and Dykman LLP
> Attorneys for Defendant
> JPMorgan Chase Bank, N.A.
> s/h/a JP Morgan Chase
>
> By: _____
> Cynthia Boyer Okrent (CO-9233)
> 44 Wall Street, 17th Floor
> New York, New York 10005
> cokrent@culldyk.com
> (212) 732-2000

TO:　Marisol De La Mata, Esq.
　　　Attorney for Plaintiff
　　　Piedra Legal Services
　　　810 Ritter Place, Apt. 5C
　　　Bronx, New York 10459
　　　(718) 924-5504