# Dray, Thomson & Dyekman, P.C.

W. PERRY DRAY
WILLIAM J. THOMSON
GREGORY C. DYEKMAN
RANDALL B. REED
NICHOLAS G. J. HEALEY*
MICHELLE L. BUSH**
BRIAN J. HANIFY

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
204 EAST 22ND STREET
CHEYENNE, WYOMING 82001-3799

TELEPHONE
(307) 634-8891
TELEFAX
(307) 634-8902
E-MAIL
Randy.Reed@draylaw.com

* ALSO ADMITTED IN OKLAHOMA
** ALSO ADMITTED IN COLORADO

April 8, 2004

St Clair Jackson
AMS Group LLC
138 Madison Street
Brooklyn NY  11216

Re:   Wyoming Limited Liability Company Registered Agent Requirements

Dear St Clair:

Our records indicate that the registered agent for AMS Group LLC is Dray, Thomson & Dyekman, P.C. As you may be aware, registered agents have certain duties and responsibilities. Part of those duties require us to maintain certain information in our records pertaining to your Limited Liability Company. The information which we would like to keep current is: the address to which all service of process should be delivered to you and the names and addresses of your members.

We have enclosed a short response sheet with this letter. Please answer the questions listed on the sheet and return it to this office. This information will be maintained within your file.

Thank you for your time. If you have any questions or concerns about this matter or any other issue, please feel free to contact us.

Yours truly,

DRAY, THOMSON & DYEKMAN, P.C.

Randall B. Reed

RBR/acs
enclosure

# Dray, Thomson & Dyekman, P.C.

W. PERRY DRAY
WILLIAM J. THOMSON
GREGORY C. DYEKMAN
RANDALL B. REED
NICHOLAS G. J. HEALEY*
MICHELLE L. BUSH**
BRIAN J. HANIFY

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
204 EAST 22ND STREET
CHEYENNE, WYOMING 82001-3799

TELEPHONE
(307) 634-8891
TELEFAX
(307) 634-8902
E-MAIL
Michelea.Peech@draylaw.com

* ALSO ADMITTED IN OKLAHOMA
** ALSO ADMITTED IN COLORADO

## CREDIT TERMS

### DISCLOSURE OF CREDIT TERMS

Balances remaining unpaid on your account after the 90th day following the monthly billing statement date are subject to a **FINANCE CHARGE** at a periodic rate of 1.75% per month, which is an **ANNUAL PERCENTAGE RATE** of 21%. We compute the **FINANCE CHARGE** by applying the periodic rate to the "adjusted balance" of your account. That balance is determined by taking the balance you owed at the end of the previous billing cycle and subtracting all payments and credits received during the present billing cycle.

We expect that you will continue to bring your account current upon receipt of your billing statement. Payments or credits received after the "billing statement date" which is the closing date of the billing cycle, will appear on your next statement. To avoid a **FINANCE CHARGE** you must pay the "new balance" shown on your billing statement by the 90th day following the billing statement date.

### NOTICE OF YOUR BILLING ERROR RIGHTS

If you think your bill is wrong, or if you need more information about a transaction on your bill, please contact us at the address or telephone number shown on your billing statement, as soon as possible. We must hear from you no later than 30 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights under Wyoming Statutory law.

In your letter, give us the following information: 1. Your name. 2. the dollar amount of the suspected error. 3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question we cannot report you as delinquent or take any action to collect the amount you question.

Dray, Thomson & Dyekman, PC
204 East 22nd Street
Cheyenne, WY 82001-3799

(307) 634-8891
email: randy.reed@draylaw.com
EIN# 83-0232621

---

St Clair Jackson
AMS Group LLC
138 Madison Street
Brooklyn NY 11216-1605

Page: 1
April 07, 2004
Account No: 9102-000
Statement No: 30470

For Professional Services Rendered through 01/01/2004

### Fees

01/01/2004 A registered agent is your officially designated representative for service of process, notice or demand required or permitted by law to be served on the corporation in Wyoming. Our fee for the year of 2004 for this service is the amount listed below.

For Current Services Rendered

175.00

Total Current Work

175.00

Balance Due

$175.00

All time after the 22nd of the month will be billed on the following months statement.