4) 1

# FEDERAL RESERVE BANK OF NEW YORK

NEW YORK, N.Y. 10045-0001

AREA CODE 212-720-5000

August 3, 2004

Mr. Donald Greaves
AMS Group LLC
138 Madison Street
Brooklyn, NY 11216

Dear Mr. Greaves:

    As per your telephone request on July 29, 2004, please find enclosed a copy of JPMorgan Chase Bank's response to your complaint.

Sincerely,

Muriel R. Payne
Bank Examiner
Legal and Compliance Risk Department

Enclosure