# AFFIDAVIT OF SERVICE

State of New York     )
                     ) ss.:
County of New York   )

    Jacqueline Salesman, being duly sworn, deposes and says that she is over the age of 18 years and resides in the County of Fairfield, City of Bridgeport and State of Connecticut and she is not a party to this action.

    That on the 18th day of January 2008, she served the within

## DEFENDANT'S MEMORANDUM
## OF LAW IN SUPPORT

by First Class Mail upon **Piedra Legal Services, counsel for AMS Group LLC,** the plaintiff in this action at the address designated by said parties, by depositing a true copy(s) thereof in a properly sealed postpaid addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed as follows:

Piedra Legal Services
810 Ritter Place, Apt. 5C
Bronx, New York 10459

                                                  _____
                                                  Jacqueline Salesman

Sworn to before me this
18th day of January 2008

_____
Notary Public

TARAMARIE PUGLISI
Notary Public, State Of New York
No. 01PU6059465
Qualified In Richmond County
Commission Expires 05/29/20__