UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMS GROUP LLC,

                Plaintiff,

         - against -

JP MORGAN CHASE,

                Defendant.
-----------------------------------------------------------x

Civil Action No.:
07 CIV 6988 (LTS)

**RULE 7.1 STATEMENT**

(Electronically Filed)

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersign counsel for JPMorgan Chase Bank, N.A. s/h/a JPMorgan Chase, (a national banking association with a charter issued to it by the United States Comptroller of the Currency) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

    Parent Company:    JPMorgan Chase & Co, a publicly traded Delaware corporation with no parent entity, and with no person or entity owning more than 10% of its stock.

Dated: January 18, 2008

                                                        _____
Cynthia Boyer Okrent (CO-9233)
Cullen and Dykman LLP
Attorneys for Defendant
JPMorgan Chase Bank, N.A.
s/h/a JP Morgan Chase
44 Wall Street, 17th Floor
New York, New York 10005
cokrent@culldyk.com
(212) 732-2000

1

Index                                    07 CIV 6988 (LTS)   Year 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMS GROUP LLC,

                Plaintiff,

-against-

JPMORGAN CHASE,

                Defendants.

**RULE 7.1 STATEMENT**

*CULLENandDykmanLLP*

Attorneys for   **JPMORGAN CHASE**

Office and Post Office Address

44 WALL STREET

NEW YORK, NEW YORK 10005-2407

(212) 732-2000

"WE DO NOT ACCEPT SERVICE
BY ELECTRONIC TRANSMISSION (FAX)
UNLESS PRIOR PERMISSION IS GIVEN"

---

Please take notice:

☐ **NOTICE OF ENTRY**

that the within is a (*certified*) true copy of a
duly entered in the office of the
clerk of the within named court on            20    .

☐ **NOTICE OF SETTLEMENT**

that an order                    of which is a true copy
will be presented for settlement to the HON.
one of the judges of the within named court, at

in the Borough of                   , City of New York,
on the        day of
20           , at          M.

Dated:                     20     .

           Yours, etc.

*CULLENandDykmanLLP*

Attorneys for

To

           , Esq.

Attorneys for