## CERTIFICATE OF SERVICE

I certify that on January 18, 2008, a copy of this DISCLSURE STATEMENT was served on plaintiff, AMS Group LLC, by mailing a copy to its attorney, Marisol De La Mata, Esq., Piedra Legal Services, 810 Ritter Place, Apt. 5C, Bronx, New York 10459.

_____
Cynthia Boyer Okrent (CO-9233)


Sworn to before me this
18th day of January, 2008

_____
Notary Public

TARAMARIE PUGLISI
Notary Public, State Of New York
No. 01PU6059465
Qualified In Richmond County
Commission Expires 05/29/20