UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AMS GROUP,

        Plaintiff,

   -v-                                       No. 07 Civ. 6988 (LTS)(HBP)

JP MORGAN CHASE,

        Defendant.

-------------------------------------------------------x



### ORDER

        On December 21, 2007, the Court held a pre-trial conference in the above-referenced matter. At the conclusion of the conference the Court issued an Order granting Plaintiff leave until January 25, 2008, to substitute counsel and until February 15, 2008, to serve its Complaint on JPMorgan Chase. On January 18, 2008, Defendant JPMorgan Chase filed a motion to dismiss the Complaint.

        In light of the Court's December 21, 2007, Order Defendant's motion to dismiss is premature. Accordingly, Defendant's motion to dismiss (docket entry nos. 12 and 13) is TERMINATED without prejudice to making a reinstatement application upon complying with the undersigned's Individual Practice 2.B. once new counsel has made an appearance on Plaintiff's behalf or, if no such timely appearance is made, to renewal after January 25, 2008.

        SO ORDERED.

Dated: New York, New York
       January 23, 2008

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge