**LAW OFFICE OF ROBERT H. PARKER**

246 FIFTH AVENUE, SUITE 600
NEW YORK, N. Y. 10001-7603
(646) 280-8411
FAX (646) 607-0123
ROBERTPARKERESQ@AOL.COM

ADMITTED FEDERAL
COURT SOUTHERN AND
EASTERN DISTRICTS

AVIATION LAW
CRIMINAL DEFENSE
ELDER LAW
PERSONAL INJURY
REAL PROPERTY

January 25, 2008

The Honorable Laura Taylor Swain
Southern District of New York
New York, New York

          Re:    <u>AMS Group vs. JP Morgan Chase</u>, 07-CIV-6988
                  Attorney Notice of Appearance

Your Honor,

Please note that I have been retained by the above mentioned corporate Plaintiff.

Upon examining the complaint in this matter, it may be necessary to amend it. I will make my submissions within a few days, recognizing that Defendant intends to file motions.

          Law Office of Robert H. Parker

          _____/s/_____
          Robert H. Parker, Esq.(RP-1682)
          Attorney for Plaintiffs