**LAW OFFICE OF ROBERT H. PARKER, P.C.**
246 FIFTH AVENUE, SUITE 600
NEW YORK, NY 10001
(646) 280-8411
(646) 607-0123 FACSIMILE
ROBERTPARKERESQ@AOL.COM

February 15, 2008

Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York

                Re:        <u>AMS GROUP INC v. J.P. MORGAN CHASE</u>
                             07 CIV 6988( LTS)
                             Request for Extension to File Amended Complaint

Dear Judge Swain,

     I was recently retained on January 25, 2008 to represent the above named Plaintiff. I am writing the Court to request additional time of one week to either file an amended complaint, or a stipulation of discontinuance. The issues presented by Mr. Donald Greaves, a principle of the plaintiff corporation, are rather complex, and require a bit more investigation before forging head.

     There have been no prior requests for an extension to file the amended complaint.

     Thank you

     _____/S/_____
     Robert H. Parker, Esq.  (RP-1682)

Case 1:07-cv-06988-LTS    Document 21    Filed 02/15/2008    Page 2 of 2