**LAW OFFICE OF ROBERT H. PARKER, P.C.**
246 FIFTH AVENUE, SUITE 600
NEW YORK, NY 10001
(646) 280-8411
(646) 607-0123 FACSIMILE
ROBERTPARKERESQ@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 0 2008

February 15, 2008

Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:   AMS GROUP INC v. J.P. MORGAN CHASE
      07 CIV 6988 (LTS)
      Request for Extension to File Amended Complaint

Dear Judge Swain,

I was recently retained on January 25, 2008 to represent the above named Plaintiff. I am writing the Court to request additional time of one week to either file an amended complaint, or a stipulation of discontinuance. The issues presented by Mr. Donald Greaves, a principle of the plaintiff corporation, are rather complex, and require a bit more investigation before forging head.

There have been no prior requests for an extension to file the amended complaint.

Thank you

The request is granted.

SO ORDERED.

/s/
Robert H. Parker, Esq. (RP-1682)

2/20/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE