# CULLENandDYKMANLLP

44 Wall Street
New York, New York 10005-2407
Telephone (212) 732-2000 • Facsimile (212) 571-2838

**CYNTHIA BOYER OKRENT**
PARTNER
DIRECT LINE: 212-510-2253
DIRECT FAX: 212-742-8260
E-MAIL: COKRENT@CULLENANDDYKMAN.COM



USDC SDNY
DOCUMENT
ELECTRONICA...
#:
DATE FILED  MAR 1 2 2008

March 11, 2008

**MEMO ENDORSED**

*Via Facsimile*

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

    Re:   **AMS Group LLC v. JPMorgan Chase**
          **S.D.N.Y., Index No. 07 CIV 6988 (LTS)**

Dear Judge Swain:

    We represent defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter and write to request that the pre-trial conference, currently scheduled for March 14, 2008, at 10:00 a.m., be adjourned to May 2, 2008, at 10:00 a.m., or another date convenient to the Court. In addition, we request that Chase's time to answer or move with respect to the Amended Complaint be extended to April 2, 2008. Plaintiffs' counsel consents to both the adjournment and the extension.

    The adjournment of the pre-trial conference is requested because counsel needs additional time to prepare the joint pre-trial statement. In addition, Chase intends to renew its motion to dismiss plaintiffs' amended complaint on the grounds, inter alia, that the claims are time barred. Prior to serving the motion, we shall try to resolve the issues with plaintiffs' new counsel.

    Thank you for your time and attention to this matter.

                                    Sincerely,

                                    Cynthia Boyer Okrent (CO-9233)

cc:   Law Office of Robert H. Parker, P.C.
       246 Fifth Avenue, Suite 600
       New York, New York 10001

*The requested extension of time to respond to the complaint is granted. The pretrial conference is adjourned to May 2, 2008, at 10:15 AM.*
**SO ORDERED.**

3/12/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**Founded 1850**

BROOKLYN      LONG ISLAND      MANHATTAN      WASHINGTON, D.C.      NEW JERSEY