UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AMS GROUP, Donald Greaves, Saint
Clair Jackson,

                        Plaintiffs,

                                 Civil Action No.:
                                 07 CIV 6988 (LTS)
         - against -

                                 **NOTICE OF MOTION**

JP MORGAN CHASE,                    (Electronically Filed)

                        Defendant.
------------------------------------------------------------------x
S I R S :

       PLEASE TAKE NOTICE that upon the annexed affirmation of Cynthia Boyer Okrent, dated

April 1, 2008, the exhibits annexed thereto, and the accompanying Memorandum of Law in support

of this motion, and the pleadings herein, defendant, by its attorneys Cullen and Dykman LLP, will

move this Court before the Honorable Laura T. Swain, United States District Judge, for an order

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the action because the

complaint fails to state a claim against defendant upon which relief can be granted, and for such

other and further relief as may be just and proper, plus the costs of this motion;

       PLEASE TAKE FURTHER NOTICE that defendant hereby requests oral argument; and

       PLEASE TAKE FURTHER NOTICE that the undersigned hereby certifies that the following

efforts have been made to informally resolve the matters raised in this submission:

           (a)     By letter dated March 21, 2008 to plaintiffs' counsel, the undersigned

                      requested that plaintiffs consider discontinuing the action on the same

                      grounds raised in defendant's submission; and

           (b)     When no response was received, the undersigned called plaintiffs' counsel

on March 31, 2008 and discussed this matter briefly.  Plaintiffs' counsel

indicated that he would call the undersigned back later that day to discuss

this matter further.  To date, plaintiffs' counsel has not contacted the

undersigned.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: April 1, 2008
       New York, New York

                                        Cullen and Dykman LLP
                                        Attorneys for Defendant
                                        JPMorgan Chase Bank, N.A.
                                        s/h/a JP Morgan Chase


                                   By: _____/s/_____
                                        Cynthia Boyer Okrent (CO-9233)
                                        44 Wall Street, 17th Floor
                                        New York, New York 10005
                                        cokrent@culldyk.com
                                        (212) 732-2000

TO:    Robert H. Palmer, Esq.
       Attorney for Plaintiffs
       246 5th Avenue, Ste. 600
       New York, New York 10001
       (646) 280-8411