# EXHIBIT B

138 Madison St.
Brooklyn, N.Y. 11216
Tel. 718 909-5942  Fax:  718 636-5164
Email:  etawfs@email.com

20

Certified Mail Return Receipt Requested

March 16, 2004

Mr. William B. Harrison, Jr.
Chairman and Chief Executive Officer
JP Morgan Chase
270 Park Avenue
New York, N.Y. 10017

Dear Mr. Harrison:

Please consider this letter an application for a loan pursuant to the letter and spirit of the Community Re-Investment Act (CRA), enacted by Congress in 1977 (12 U.S.C. 2901) and implemented by Regulations 12 CFR parts 25, 228, 345, and 563e.

Since re-opening an account with Chase at 5 World Trade Center about 1998-99, I have been banking with Chase again (account #681022515965);but in 1991, we opened another personal account at your 14th St. and Fifth Avenue location in order to do the business referenced below from the company then known as Texaco, Inc., before its merger with Chevron USA, Inc.  That business called for a trade contract of approximately one million tons (840,000) of fungible fuel per year for at least one year.  The idea was to open the personal account and convert or add a business account as soon as certain elements of the business were put into place. At that time, Mr. Steven Skrobala—who has since become a Vice President--was the account representative and we learned from him that Chase has an energy trading department.

Texaco's crude oil and products managers at the time (Mr. James Harvey and Dennis Denihan) advised me in the course of our negotiations that they would purchase product from me even more extensively if I owned a refinery which they learned was also an objective of D. Carlyle International, Inc., our company at the time. However, although Small Business Administration's Assistant Director, Ms. Georgia Ellis at 26 Federal Plaza, New York City, approved my company for a refinery business plan, of which that office commissioned the creation, it developed that my fledgling company was unable to align necessary finances and other elements of the business timely.

Thus were we unable to do the Texaco and other profitable business available through SADBUS (Small and Disadvantaged Business Utilization Specialists) of the various governmental agencies such as Department of Defense which, through Public Law 99-661 had set aside $20 billion from the then $325 Billion military budget.  Nor were we able to serve the purchase orders we had laboriously secured from Delta Airlines, only one of which is attached.  Without our own energy company, per se, we nonetheless succeeded in arranging for  Oxy's (Occidental International Exploration and Production Company's) acquisition of an extremely productive oil exploration block in West Africa containing significant reserve estimates, now producing at the rate of approximately 50,000 bpd.

Chevron Texaco USA, Inc.'s Ms. Audrey Goinsbrichi awaits our return to access the sub prime contracting opportunities, upon which we were unable to follow through in the past, principally for the above stated reasons.  Additionally, we shall readily obtain D.O.D.  contracts as Prime Contractors ourselves now. Further, we shall exploit the super abundant opportunities available through 95-507 (General government contracts), creating many new jobs for an highly significant  number of people.

In recent years the Congressional Black Caucus, in concert with other progressive thinking and fair-minded members of the general Congress have succeeded in increasing the set aside goals to $36 Billion from the D.O.D. budget alone. The CBC was the driving force in the creation of the original set aside legislation—e.g., 99-661—and we enjoy the support of the CBC, most notably Hon. Charles Rangel who wrote to us and the Hon. Parren J. Mitchell who personally called and wrote to us his expressions of congratulations and support of our work to achieve compliance by the major oil companies. MBEL-DEF (Minority Business Enterprise Legal Defense and Education Fund) was founded by former Congressman Mitchell and continues under the Direction of attorney Anthony Robinson who worked with us from the beginning.

By the Grace of God, there is now the total alignment of the elements that were either absent or out of place when our quest began in 1988-1991; to whit:

A.  I am part of a group of extraordinarily capable, highly experienced associates with extensive energy industry and finance backgrounds.
B.  We have identified a refining facility, complete with adequate storage capacity, logistically located near a water port and oil pipelines. It is perfectly suited to the business now awaiting us, requiring only $60 million dollars to acquire with additional funds required for upgrades and maintenance, replacement cost is estimated to be significantly higher.
C.  We are supported in these updated plans and endeavors by financial partners prepared to supply the security for the loan which, hopefully, J.P. Morgan Chase will provide forthwith, given that we are providing the security to minimize risk and liability for J.P. Morgan Chase.
D.  We have the downstream elements aligned, including acquisition, refining and marketing.

The refinery (100,000 Bpd) with its storage and other facilities is being looked at with keen interest by competitors, which is the basis of some concern and the driving impetus for our moving expeditiously. Accordingly, we will call your office in hopes of scheduling a meeting with you and/or your representative(s) and we extend our gratitude in advance for your timely acknowledgment of this letter via our contact information provided on the letterhead above.

Certification is, herewith, provided to document our status as Minority owned and controlled.

Yours truly,

Donald C. Greaves
Associate Director

Cc:  Honorable Charles Rangel, U.S. House of Representatives
Cc:  Mr. Herman "Denny" Farrell, Chairman, New York State Banking Committee
        & Chairman, New York State Democratic Committee
Cc:  Mr. Anthony Robinson, Esq.,President, MBEL-DEF, Minority Business Education Legal
        Defense and Education Fund

Attachments