# **EXHIBIT F**

**From:** "Booth, Scott" <sjb@pkave.com>
**Date:** 2004/04/28 Wed PM 04:41:11 EDT
**To:** <amsllc@adelphia.net>
**Subject:** Pasadena Exclusivity

Reply | Reply All | Forward | Delete | Move To: | (Choose Folder)

Donald,

 nted to make you aware that the Crown Board of Directors has decided to e..cute an exclusive arrangement with a possible buyer for the Pasadena Refinery.  Under this agreement, this party will complete its due diligence and work to sign an asset purchase agreement.  Cosequently, Park Avenue Equity/Crown cannot speak with or solicit interest in the Pasadena Refinery from other potential buyers.  Accordingly, for a period of at least 45 days, I cannot entertain any offer or discuss the transaction with you.  I am informing you of this so that you do not waste any of your time continuing to find capital. I may be in touch with you again if our current deal goes astray.  Please contact me directly if you have any questions.

Regards,
Scott

Scott J. Booth
Park Avenue Equity Partners
399 Park Avenue, Suite 3204
New York, NY 10022
(212) 430-0143
sjb@pkave.com

Search Messages | Previous | Next | Back to: **Inbox**

© 2003 Adelphia Communications. All Rights Reserved.    Help