**LAW OFFICE OF ROBERT H. PARKER, P.C.**
**246 FIFTH AVENUE, SUITE 600**
**NEW YORK, NY 10001**
**(646) 280-8411**
**(646) 607-0123 FACSIMILE**
ROBERTPARKERESQ@AOL.COM

April 14, 2008,

Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, NY 10007

        RE:    <u>AMS Group v. J.P. Morgan Chase</u>
                 Docket No.: 1:07 cv-6988

Dear Your Honor,

My name is Robert Parker and I am of counsel representing the plaintiffs in the above matter. Defendant filed a motion to dismiss with a two week window to answer, and a due date April 15, 2008. I am requesting an extension to answer till April 30, 2008. This the first request for an extension to answer.

                                                  _____/s/_____
                                                Robert H. Parker, Esq. (RP-1682)