**LAW OFFICE OF ROBERT H. PARKER, P.C.**
246 FIFTH AVENUE, SUITE 600
NEW YORK, NY 10001
(646) 280-8411
(646) 607-0123 FACSIMILE
ROBERTPARKERESQ@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 1 8 2008

April 14, 2008,

Honorable Laura Taylor Swain
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: <u>AMS Group v. J.P. Morgan Chase</u>
Docket No.: 1:07 cv-6988

Dear Your Honor,

My name is Robert Parker and I am counsel representing the plaintiffs in the above matter. Defendant filed a motion to dismiss with a two week window to answer, and a due date April 15, 2008. I am requesting an extension to answer till April 30, 2008. The movant/defendant agreed to an extension of two weeks. Movant also requests that they in turn be granted a two time period to reply to plaintiff's opposition. This the first request for an extension to answer.

cc: via fax   Cynthia B. Okrent
              Cullen & Dykman
              44 Wall Street
              212-510-2253
              212-742-8260

*The requested two-week extension and two-week time to reply are granted.*

SO ORDERED.

Robert H. Parker, Esq.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
4/17/08