

# CULLENandDYKMANLLP

44 Wall Street
New York, New York 10005-2407
Telephone (212) 732-2000 • Facsimile (212) 571-2838

**CYNTHIA BOYER OKRENT**
PARTNER
DIRECT LINE: 212-510-2253
DIRECT FAX: 212-742-8260
E-MAIL: COKRENT@CULLENANDDYKMAN.COM

April 29, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 3 0 2008

*Via Facsimile*

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re:   AMS Group LLC v. JPMorgan Chase
      S.D.N.Y., Index No. 07 CIV 6988 (LTS)

Dear Judge Swain:

We represent defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter and write to request that the pre-trial conference, currently scheduled for May 2, 2008, at 10:00 a.m., be adjourned to June 27, 2008, at 10:00 a.m., or another date convenient to the Court. Plaintiffs' counsel consents to the adjournment.

The adjournment of the pre-trial conference is requested because counsel needs additional time to prepare the joint pre-trial statement. In addition, Chase's motion to dismiss plaintiffs' amended complaint is pending with opposition papers due April 30, 2008, and reply papers due May 14, 2008.

Thank you for your time and attention to this matter.

Sincerely,

Cynthia Boyer Okrent (CO-9233)

The conference is adjourned to
June 27, 2008, at 11:00AM.

SO ORDERED.

*/s/ 4/29/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc:   Law Office of Robert H. Parker, P.C.
      246 Fifth Avenue, Suite 600
      New York, New York 10001

*Founded 1850*

BROOKLYN     LONG ISLAND     MANHATTAN     WASHINGTON, D.C.     NEW JERSEY