# EXHIBIT A

Read Message        Previous | Next    Back to: In

**From:** "Booth, Scott" <sjb@pkave.com>
**Date:** 2004/04/27 Tue AM 11:46:52 EDT
**To:** <amsllc@adelphia.net>
**Subject:** RE: Bank(s)

[Reply] [Reply All] [Forward]    [Delete]    [Move To:] [(Choose Folder)]

25

Donald,
As I mentioned to you on the phone, it does not appear that JP Morgan Chase will be willing to provide financing for this transaction. Please keep in mind that I will need to verify your sources of financing before Crown/Park Avenue can provide you with any additional diligence or move the process forward. Please let me know when you have an alternative source of capital lined-up for me to speak with.

Regards,
Scott

-----Original Message-----
From: amsllc@adelphia.net [mailto:amsllc@adelphia.net]
Sent: Friday, April 23, 2004 4:04 PM
To: Booth, Scott
Cc: james.a.nicholas@chase.com
Subject: Bank(s)


Please see attached letter


[Search Messages]   [Previous]   [Next]   Back to: **Inbox**

© 2003 Adelphia Communications. All Rights Reserved.        Help