Law Offices Of Robert H. Parker, P.C.
246 Fifth Avenue, Suite 600
New York, N.Y. 10001
(646) 280-8411
(646) 607-0123 *facsimile*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: JUL 0 1 2008

June 30, 2008

Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, N.Y.

**MEMO ENDORSED**

RE:  AMS Group LLC v JP Morgan Chase, N.A.
07 Civ 6988 (LTS)
Request for 3 days extension to file
Supplemental Opposition papers

Dear Judge Swain:

My preparation of the supplemental papers in opposition to defendant's Motion to Dismiss has been disrupted by an emergency. I represent an individual in a serious criminal matter; People of the State of New York vs Donnell Hilton, Felony docket #20080N034468. There was a night arraignment on Wednesday June 25, then a subsequent arraignment (as a result of Grand Jury Action) on Friday June 27, 2008. I usually conduct my document preparations in the evening.

This has delayed preparation of the above referenced supplemental papers and I request an extension of three or four days to file the papers.

Thank you.

Robert H. Parker, Esq. (RP-1682)

Cc: Cynthia Boyer Okrent, Esq.

*[Handwritten endorsement:]* Counsel's deadline for filing and serving opposition is extended to July 7, 2008. Reply papers to be served and filed by July 17, 2008.

SO ORDERED.

*[signature]* 6/30/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE