UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AMS GROUP, et al.,

        Plaintiffs,

  -v-                                  No. 07 Civ. 6988 (LTS)(HBP)

JP MORGAN CHASE BANK,

        Defendant.

-------------------------------------------------------x



### ORDER

        On June 30, 2008, the Court granted Plaintiff's request for an extension of time until July 7, 2008, to serve and file opposition papers to Defendant's summary judgment motion. The Court's records reflect that no such papers have yet been filed. Accordingly, it is hereby ORDERED that Plaintiff's supplemental opposition papers shall be served and filed (electronically, but if Plaintiff's counsel still finds itself utterly unable to use the electronic system effectively, in hard copy), with a courtesy copy for Chambers, by **Monday, July 14, 2008, at 12:00 p.m.** Defendant's reply papers shall be served and filed, with a courtesy copy for Chambers, by Thursday, July 24, 2008.

        SO ORDERED.

Dated: New York, New York
       July 10, 2008

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge