UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMS GROUP et. al,

                              Plaintiffs,

        -against-

Case No.: 07 CV-6988 (LTS)


J.P. MORGAN CHASE INC.

                              Defendant.
-----------------------------------------------------------x




**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT FOR EQUITABLE TOLLING.**




**By Robert Parker**
**On the Brief**

# TABLE OF CONTENTS

**Preliminary Statement**………………………………………………………………iii

**Rule 56.1 Statement**……………………………………………………………….iv

**Argument**……………………………………………………………………………1

**ATTACHED MEMORANDUM OF LAW**

**POINT I**

       THE STATUTE OF LIMITATIONS ARE EQUITABLY TOLLED

**POINT II**

       LACK OF DISCOVERY PREVENTS PLAINTIFF FROM ADEQUATELY ADDRESSING ISSUES OF DISCRIMINATION

**POINT III**

       PLAINTIFFS HAVE STANDING

**CONCLUSION**………………………………………………………………………13

## **Preliminary Statement**

**Plaintiff hereby submits its supplemental papers, converting the previously filed motion to dismiss into a summary judgment motion.**

## **Statement of Facts**

For a recitation of the facts, please refer to Plaintiff's Supplemental Affidavits attached to its motion herein for Plaintiff's 56.1 submissions.

There was no discovery completed in this matter.

See attached Memorandum of Law

## **CONCLUSION**

For the foregoing reasons, the Plaintiff respectfully request that this Court grant summary judgment and allow this matter to proceed to a jury trial, and whatever further relief that this Court deems just and proper.

Dated: New York, NY
July 1, 2008

                                   Law Office of Robert Parker
                                       ATTORNEYS FOR PLAINTIFF
                                       246 FIFTH AVENUE, Suite 600
                                       New York, NY 10001
                                       (646)280-8411
                                       (646) 607-0123 facsimile

                                       By_____
                                       Robert Parker (RP-1682)