Dated: July 5, 2008

*[signature]*

Donald Greaves

*[signature]*

Notary Public

Sworn before me on this 5th day of July 2008.

MYRTHO SEVERE
NOTARY PUBLIC
STATE OF NEW YORK
NO. 01SE6182671
COMMISSION EXPIRES 03/03/201?