**Donald C. Greaves**

827 Quincy Street

Brooklyn, N.Y. 11221

T 718 443-8424  C 646 309-7523

jurisprudentialvictory@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: JUL 1 6 2008

## LETTER MOTION TO WITHDRAW MOTION(S) TO SUBSTITUTE COUNSEL

July 15, 2008

Honorable Laura Taylor Swain

United States District Court

Southern District of New York

500 Pearl Street

New York, N.Y.

**MEMO ENDORSED**

USDC SDNY Civil Action No. 07 civ 6988 (LTS)

AMS Group, et al vs JP Morgan Chase, N.A.

Dear Judge Swain:

This Motion is submitted for the purpose of withdrawing the previous two Motions to Substitute Counsel, arising out of communications failure and also to request special consideration of our affidavits as well as our counsel's arguments for the tolling of the statute of limitations.

Our counsel advises that his supplemental papers are essentially the same as those submitted in his earlier opposition papers and that the affidavits of Mr. Saint Clair Jackson and I provide the "supplemental" elements, for the most part.

We concur and accordingly ask the court for special consideration of our affidavits in addition to our counsel's arguments.

Yours truly,

*/s/ Donald C. Greaves*

Donald C. Greaves

Cc: Ms. Cynthia Boyer Okrent, Esq., Cullen & Dykman LLP

*Handwritten endorsement:*

The withdrawal of the motions is so-ordered.

The affidavits will be considered in connection with the motion for dismissal/summary judgment along with all of the parties' other submissions.

SO ORDERED.

*/s/* 7/15/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE