UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AMS GROUP LLC, Donald Greaves, Saint Clair Jackson,

            Plaintiffs,

  - against -

JP MORGAN CHASE,

           Defendant.
------------------------------------------------------------------x

Civil Action No.:
07 CIV 6988 (LTS)

**AFFIRMATION IN REPLY TO SUPPLEMENTAL OPPOSITION**

(Electronically Filed)

      Cynthia Boyer Okrent, an attorney duly admitted to practice law before the United States District Court of the Southern District of New York, affirms the under penalty of perjury that I am a member of Cullen and Dykman LLP, attorneys for defendant, JPMorgan Chase Bank, N.A. s/h/a JP Morgan Chase ("Chase"), in this action, that I respectfully submit this affirmation in reply to plaintiffs' supplemental opposition in further support of Chase's motion to dismiss the Verified Amended Complaint, and that annexed hereto as Exhibit A is a copy of the April 22, 2004 email from Scott Booth to Donald Greaves, which plaintiffs attached as Exhibit A to the courtesy copy of their supplemental opposition papers.

Dated: July 23, 2008
      New York, New York

                                             /s/
                                Cynthia Boyer Okrent (CO-9233)