**Read Message**

Previous | Next | Back to:

23

**From:** "Booth, Scott" <sjb@pkave.com>
**Date:** 2004/04/22 Thu PM 05:16:37 EDT
**To:** <amsllc@adelphia.net>
**Subject:** Refinery Docs

Reply | Reply All | Forward | Delete | Move To: | (Choose Folder)

Don,

our discussion, I have attached a copy of the Crown Offering Memo (the ‿mbers in it are a little dated, but the asset descriptions remain very relevant). Please ignor the sections pertaining to the retail stations as those are predominently disposed of. Additionally, I have attached a number of financial spreadsheets for you and your team to review. Please note that the 2003 numbers for the Pasadena refinery have not been completed so I have not included them in this email.

As far as a next step, you (AMS) will be required to provide proof of financing. As such, I will need to speak directly with any banks that you are working with and get a copy of a commitment letter from any source of your equity. Please contact me directly with any questions.

Regards,
Scott

<<Crown Information Memorandum.doc>>   <<8-2003 Pasadena BS.xls>>
<<Pas7YearChargeYield.xls>>   <<Pasadena 10-2003 and YTD 2002 PL.xls>>
<<Pasadena5yrSegmentedResults.xls>>   <<PasTenYrCapital&TA.xls>>
<<LaGloriaEBITDAALthru2003.xls>>   <<Tyler Refining Ten Year Summary.xls>>
<<LaGloria Only Trended Financials-Dec 2002.xls>>   <<TylerRefineryOnly2003.xls>>

Scott J. Booth
Park Avenue Equity Partners
399 Park Avenue, Suite 3204
New York, NY 10022
(212) 430-0143
sjb@pkave.com

---

Download Attachment: Crown Information Memorandum.doc

Download Attachment: 8-2003 Pasadena BS.xls

Download Attachment: Pas7YearChargeYield.xls

Download Attachment: Pasadena 10-2003 and YTD 2002 PL.xls

Download Attachment: Pasadena5yrSegmentedResults.xls

Download Attachment: PasTenYrCapital&TA.xls

Download Attachment: LaGloriaEBITDAALthru2003.xls

Download Attachment: Tyler Refining Ten Year Summary.xls

Download Attachment: LaGloria Only Trended Financials-Dec 2002.xls

Download Attachment: TylerRefineryOnly2003.xls

     

   Back to: **Inbox**



© 2003 Adelphia Communications. All Rights Reserved.

Help