UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMS GROUP, et al.,

                Plaintiffs,              07 **CIVIL** 6988 (LTS)(HBP)

    -against-                        **JUDGMENT**

JP MORGAN CHASE BANK,

                Defendant.
-----------------------------------------------------------X

       Defendant having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6), which the Court having issued a n order informing the parties that the motion would be treated as one for summary judgment, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on August 15, 2008, having rendered its Memorandum Order granting defendant's motion for summary judgment in its entirety and dismissing the amended complaint, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 15, 2008, defendant's motion for summary judgment is granted in its entirety and the amended complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
          August 15, 2008

                                            **J. MICHAEL McMAHON**
                                                  Clerk of Court
                              BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____